UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RIVERWAY CO., <br><br> Plaintiff, <br><br> v. <br><br> WASSON INVESTMENT CORP., <br><br> Defendant. | Civil No.: 05-617 (RHK/AJB) <br><br> **ORDER OF DISMISSAL AND FOR JUDGMENT** |

This matter came on before the Court upon the Stipulation between all parties hereto agreeing to the dismissal of the action with prejudice and on the merits. Based upon that Stipulation, and all of the other filings and proceedings herein:

**IT IS HEREBY ORDERED** that this entire matter and all claims of all the parties that were raised herein are dismissed with prejudice and on the merits, but without costs or disbursements to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: September 14, 2005

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge